UNITED STATES DISTRICT COURT
DISTRICT COURT OF CONNECTICUT

FILED
2003 NOV 21 P 2: 17
US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| **GLADYS ZVOVUSHE**<br>Plaintiff | : | CIVIL ACTION NO:<br>3:02CV2121 (AVC) |
| v. | : | |
| **BRIDGEPORT HEALTH CARE, INC.**<br>Defendant | : | November 20, 2003 |

## MOTION FOR WITHDRAWL OF MICHAEL MELLY AND FOR COSTS OF THIS MOTION

The Employment Law Group, LLC. respectfully asks the court to remove Michael Melly as an attorney on the above captioned case and for the cost of making this motion. In support of this matter, Plaintiff submits the attached memorandum.

Plaintiff,
Gladys Zvovushe

By: _____
Eugene Axelrod, Esq.
The Employment Law Group
8 Lunar Drive
Woodbridge, CT 06525
Tel: (203) 389-6526
Fax: (203) 389-2656
Fed. Bar No. ct00309

1

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed on
To:  Michael P. Devlin, Esq
     Berchem, Moses & Devlin, P.C.
     75 Broad Street
     Milford CT 06460

                                          _____
                                          Eugene N. Axelrod, Esq.

## Certification

I hereby certify that a copy of the foregoing has been mailed on
To: Michael J. Melly, Esq.
    143 Oneco Avenue #4
    New London, CT 06320

_____
Eugene N. Axelrod

UNITED STATES DISTRICT COURT
DISTRICT COURT OF CONNECTICUT

| | |
|---|---|
| GLADYS ZVOVUSHE<br>Plaintiff | CIVIL ACTION NO:<br>3:02CV2121 (AVC) |
| v. | |
| BRIDGEPORT HEALTH CARE, INC.<br>Defendant | November 20, 2003 |

FILED
2003 NOV 21  P 2: 17
US DISTRICT COURT
HARTFORD CT

## MEMORANDUM IN SUPPORT OF WITHDRAWL OF MICHAEL MELLY AND FOR COSTS OF THIS MOTION

On October 22, 2001, the Employment Law Group, LLC agreed to hire Mr. Michael Melly as a full time Associate Attorney. Attorney Melly was hired without a contract of employment or any promises of continued employment, therefore his hire by the Law Firm was as an "at will" employee.

On November 29, 2002, Attorney Eugene N. Axelrod as Managing Partner in The Employment Law Group filed a complaint and appearance in court on behalf of the Plaintiff. On April 2, 2003, the Managing Partner and sole owner of the Law Firm asked Attorney Melly to assist him with this case. Accordingly, under the Fed. R. Civ. P. 5 Attorney Melly filed an Appearance with this court in his capacity as an Associate of the Law Firm. At no time did Attorney Melly have an independent relationship with this case beyond his position as an Associate in the Law Firm.

On September 4, 2003 Attorney Melly's employment with the Law Firm was terminated for a number of reasons. Following his termination, Attorney Melly refused to withdraw his appearance in this matter and in fact changed his address on his

appearance to his home address. When this law firm contacted Ms. Zvovushe regarding Attorney Melly's appearance, Ms. Zvovushe stated that she had no knowledge of Attorney Melly's actions and had difficulty remembering he was an attorney at the law firm. The Employment Law Group LLC has obtained a letter dated November 7, 2003 authorizing its "sole" representation before the Court executed by Ms. Zvovushe. (See Zvovushe continued representation letter attached)

Since Attorney Melly is no longer an Associate of the Law Firm, performing any services as an Associate and the law firm is the exclusive representative of the Plaintiff his appearance should be annulled and the law firm is entitled to the costs of this motion.

Plaintiff,
Gladys Zvovushe
By_____
Eugene N. Axelrod
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge CT 06525
Tel: (203) 389-6526
Fax: (203) 389-2656
Fed. Bar: ct00309

## Certification

I hereby certify that a copy of the foregoing has been mailed on
To:    Michael P. Devlin, Esq
        Berchem, Moses & Devlin, P.C.
        75 Broad Street
        Milford CT 06460

                                    Eugene N. Axelrod

## Certification

I hereby certify that a copy of the foregoing has been mailed on
To:  Michael Melly, Esq.
    143 Oneco Avenue #4
    New London, CT 06320

                                                Eugene N. Axelrod

# THE EMPLOYMENT LAW GROUP, LLC
## 8 LUNAR DRIVE
## WOODBRIDGE, CT 06525

EUGENE AXELROD
ATTORNEY AT LAW

Ph: 203.389.6526
Fx: 203.389-2656

Via: First Class Mail

November 7, 2003

Gladys Zvovushe
18 Purdy Hill Road
Monroe, CT 06468

Re:    Zvovushe v. Bridgeport Health Care

Dear Gladys,

    Please sign the following statement that confirms that I, Eugene N. Axelrod Esq., of the Employment Law Group, will provide you solely with continued legal representation.

    We have provided you with a stamped, self-addressed envelope to return the signed document.

    *I, Gladys Zvovushe, of Purdy hill Road, Monroe CT, have retained and am solely represented by Attorney Eugene N. Axelrod of the Employment Law Group. It is my wish that he remains the only attorney entered to appear on my behalf in the above matter. I understand that this will be filed with the Court.*

_____                _____
Gladys Zvovushe                                                             Date of Signature

1