UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GLADYS ZVOVUSHE | : | |
| | : | CIVIL ACTION NO. |
| PLAINTIFF, | : | 3:02 CV2121(AVC) |
| | : | |
| v. | : | |
| | : | |
| BRIDGEPORT HEALTH CARE, INC. | : | NOVEMBER 22, 2003 |
| | : | |
| DEFENDANT | : | |

**FILED**
2003 NOV 25 P 2: 24
US DISTRICT COURT
HARTFORD CT

## MOTION TO WITHDRAW APPEARANCE

Counsel for the plaintiff, Michael J. Melly, respectfully requests that the court withdraw his appearance in this matter. Attorney Melly is no longer associated with The Employment Law Group, LLC. The plaintiff continues to be represented by Eugene Axelrod in this matter.

_[signature]_
Michael J. Melly
Fed. Bar No. ct17841
143 Oneco Avenue
New London, CT 06320
Tel: (860) 447-1990
Cell: (860) 989-9613

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on 11/22/03
To:
Gladys Zvoushe
18 Purdy Hill Rd.
Monroe, CT 06468

Eugene Axelrod
8 Lunar Dr.
Woodbridge, CT 06525

Michael Devlin
Berchem, Moses & Devlin
75 Broad Street
Milford, CT 06460

_____
Michael J. Melly