**33**

## UNITED STATES DISTRICT
## DISTRICT OF CONNECTICUT

FILED

2003 NOV 25 P 2:24



| | | |
|---|---|---|
| GLADYS ZVOVUSHE | : | |
| PLAINTIFF, | : | CIVIL ACTION NO. |
| | : | 3:02 CV2121(AVC) |
| v. | : | |
| | : | |
| BRIDGEPORT HEALTH CARE, INC. | : | NOVEMBER 22, 2003 |
| DEFENDANT | : | |

### MOTION TO WITHDRAW APPEARANCE

Counsel for the plaintiff, Michael J. Melly, respectfully requests that the court withdraw

his appearance in this matter.  Attorney Melly is no longer associated with The

Employment Law Group, LLC.  The plaintiff continues to be represented by Eugene

Axelrod in this matter.

Michael J. Melly
Fed. Bar No. ct17841
143 Oneco Avenue
New London, CT 06320
Tel: (860) 447-1990
Cell: (860) 989-9613

GRANTED.

Alfred V. Covello, U.S.D.J.

December 5, 2003.
SO ORDERED.

2003 DEC -5 P 1:52
US DISTRICT COURT
HARTFORD CT