UNITED STATES DISTRICT COURT
DISTRICT COURT OF CONNECTICUT

| | |
|---|---|
| GLADYS ZVOVUSHE<br>Plaintiff | CIVIL ACTION NO:<br>3:02CV2121 (AVC) |
| v. | |
| BRIDGEPORT HEALTH CARE, INC.<br>Defendant | November 20, 2003 |

### MOTION FOR WITHDRAWL OF MICHAEL MELLY AND FOR COSTS OF THIS MOTION

The Employment Law Group, LLC. respectfully asks the court to remove Michael Melly as an attorney on the above captioned case and for the cost of making this motion. In support of this matter, Plaintiff submits the attached memorandum.

Plaintiff,
Gladys Zvovushe

By_____
Eugene Axelrod, Esq.
The Employment Law Group
8 Lunar Drive
Woodbridge, CT 06525
Tel: (203) 389-6526
Fax: (203) 389-2656
Fed. Bar No. ct00309

December 10, 2003. The motion is granted to the extent it seeks to terminate the appearance of Attorney Michael Melly as an attorney representing Gladys Zvovushe in this matter. The motion is denied to the extent it seeks an assessment of costs for filing the instant motion.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

1