UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*******************************************

GLADYS ZVOVUSHE

        Plaintiff,

V.

BRIDGEPORT HEALTH CARE CENTER, INC.

        Defendant.

*******************************************

CIVIL ACTION CASE NO.
302 CV 02121 AVC

December 19, 2003

FILED
2003 DEC 22  P 1: 5
U.S. DISTRICT COURT
HARTFORD, CT.

## MOTION FOR ENLARGEMENT OF TO AMEND THE SCHEDULING ORDER TO EXTEND THE DISCOVERY, DISPOSITIVE MOTIONS AND JOINT TRIAL MEMORANDUM DEADLINES

The Defendant BRIDGEPORT HEALTH CARE CENTER, INC. in the above-entitled action respectfully requests that the Court amend the Scheduling Order by extending the discovery deadline 60 days from December 30, 2003 to March 1, 2004 and by correspondingly extending the deadlines for filing dispositive motions from March 1, 2004 to May 1, 2004 and if no dispositive motion is filed for filing the joint trial memorandum from March 15, 2004 to May 15, 2004.

This extension is needed for the respective parties to take and complete depositions. This is the first request for an extension of these deadlines. The plaintiff's attorney consents to and joins in this request which was discussed with the Honorable J. Read Murphy, PJO, at the end of the settlement conference held on December 18, 2003.

THE DEFENDANT
BRIDGEPORT HEALTHCARE CENTER, INC.

By: _____
Warren L. Holcomb, Esq.
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460
(203) 783-1200
Fed. ID# CT13127

## CERTIFICATION

This is to certify that a copy of the foregoing Motion for Enlargement of Time to Amend the Scheduling Order was mailed this 19th day of December, 2003, first class mail, postage prepaid to the following:

Eugene N. Axelrod, Esq.
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge, CT 06525

_____
Warren L. Holcomb, Esq.