# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLAUDIA COVIELLO | CIVIL ACTION NO. |
| Plaintiff | 3:02 CV 02121 AVC |
| v. | |
| BRIDGEPORT HEALTH CARE CENTER, INC. | December 19, 2003 |
| Defendant. | |

**FILED**
U.S. DISTRICT COURT
HARTFORD, CT

## MOTION FOR ENLARGEMENT OF TO AMEND THE SCHEDULING ORDER TO EXTEND THE DISCOVERY, DISPOSITIVE MOTIONS AND JOINT TRIAL MEMORANDUM DEADLINES

The Defendant BRIDGEPORT HEALTH CARE CENTER, INC. in the above-entitled action respectfully requests that the Court amend the Scheduling Order by extending the discovery deadline 60 days from December 31, 2003 to March 1, 2004 and by correspondingly extending the deadline for filing dispositive motions from March 1, 2004 to May 1, 2004 and the deadline for motions filed for filing the joint trial memorandum from March 15, 2004 to May 15, 2004.