UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GLADYS ZVOVUSHE<br>Plaintiff | : | CIVIL CASE NO. |
| v. | : | 3:02CV02121 (AVC) |
| BRIDGEPORT HEALTH CARE<br>CENTER, INC<br>Defendant | : | FEBRUARY 10, 2004 |

## JOINT MOTION FOR ENLARGEMENT OF TIME
## TO CONDUCT DISCOVERY

The Plaintiff, Gladys Zvovushe, respectfully moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure, for an Enlargement of Time from March 1, 2004 through and including thirty (30) days, up to and including March 31, 2004, to complete discovery and that all other deadlines be rescheduled accordingly.

This enlargement is required in order for the respective parties to adequately prepare to take and properly hold oral depositions and pending written discovery. Due to scheduling conflicts and circumstances beyond the parties' control, the parties will be unable to complete previously noticed depositions by the current discovery deadline, March 1, 2004.

This is the second joint request for an enlargement of the discovery period. Counsel for the Plaintiff has contacted Counsel for the Defendant, Warren Holcomb, Esq. who joins in this Enlargement of Time to Conduct Discovery.

THE PLAINTIFF
GLADYS ZVOVUSHE

1

By: _____
Eugene N. Axelrod, Esq.
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge CT 06525
Tel: (203) 389-6526
Fax: (203) 389-2656
Fed. Bar No. ct 00309

2

## **CERTIFICATION**

This is to certify that a copy of the foregoing Motion for Enlargement of Time to Conduct Discovery was mailed this 10th day of February 2004 via first class mail, postage pre-paid to the following counsel of record.

Warren L. Holcomb, Esq.
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford CT 06460

Eugene N. Axelrod