*Extension GRANTED, absent objection, to and including March 31, 2004. Dispositive motions, if any, shall be filed on or before April 30, 2004. It is so ordered.*

*Alvin W. Thompson, U.S.D.J.
Hartford, CT 2/17/04*

39

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| GLADYS ZVOVUSHE<br>Plaintiff | CIVIL CASE NO. |
| v. | 3:02CV02121 (AVC) |
| BRIDGEPORT HEALTH CARE<br>CENTER, INC<br>Defendant | FEBRUARY 10, 2004 |



## JOINT MOTION FOR ENLARGEMENT OF TIME TO CONDUCT DISCOVERY

The Plaintiff, Gladys Zvovushe, respectfully moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure, for an Enlargement of Time from March 1, 2004 through and including thirty (30) days, up to and including March 31, 2004, to complete discovery and that all other deadlines be rescheduled accordingly.

This enlargement is required in order for the respective parties to adequately prepare to take and properly hold oral depositions and pending written discovery. Due to scheduling conflicts and circumstances beyond the parties' control, the parties will be unable to complete previously noticed depositions by the current discovery deadline, March 1, 2004.

This is the second joint request for an enlargement of the discovery period. Counsel for the Plaintiff has contacted Counsel for the Defendant, Warren Holcomb, Esq. who joins in this Enlargement of Time to Conduct Discovery.

THE PLAINTIFF
GLADYS ZVOVUSHE

1