UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **GLADYS ZVOVUSHE**<br>Plaintiff | : CIVIL CASE NO. 15 P 2: 28<br>:<br>: 3:02CV02121 (AVC) DISTRICT COURT |
| v. | : HARTFORD, CT. |
| **BRIDGEPORT HEALTH CARE CENTER, INC.**<br>Defendant | : MARCH 11, 2004 |

### JOINT MOTION FOR ENLARGEMENT OF TIME TO CONDUCT DISCOVERY

The Plaintiff, Gladys Zvovushe, respectfully moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of Local Rules of Civil Procedure for an Enlargement of Time from March 31, 2004 to April 30, 2004 to complete discovery and that all other deadlines be rescheduled accordingly.

This enlargement is required in order for the respective parties to adequately prepare to take and properly hold oral depositions and pending written discovery. The parties have a diligent effort to schedule depositions but due to scheduling conflicts and circumstances beyond the parties' control, the parties will be unable to complete previously noticed depositions by the current discovery deadline, March 31, 2004.

This the third joint request for an enlargement of the discovery period. Counsel for the Plaintiff has contacted Counsel for the Defendant, Warren Holcomb, Esq. who joins in this Enlargement of Time to Conduct Discovery.

THE PLAINTIFF
GLADYS ZVOVUSHE

By:_____
Eugene N. Axelrod, Esq.
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge CT 06525
Tel: (203) 389-6526
Fax: (203) 389-2656
Fed. Bar No. ct 00309

## CERTIFICATION

   This is to certify that a copy of the foregoing Motion for Enlargement of Time to Conduct Discovery was mailed this 11th day of March 2004 via first class mail, postage pre-paid to the following counsel of record.

Warren L. Holcomb, Esq.
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford CT 06460

                   Eugene N. Axelrod