UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| GLADYS ZVOVUSHE<br>Plaintiff | : | CIVIL CASE NO. |
| | : | |
| v. | : | 3:02CV02121 (AVC) |
| | : | |
| BRIDGEPORT HEALTH CARE<br>CENTER, INC.<br>Defendant | : | MARCH 11, 2004 |

## JOINT MOTION FOR ENLARGEMENT OF TIME
## TO CONDUCT DISCOVERY

The Plaintiff, Gladys Zvovushe, respectfully moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of Local Rules of Civil Procedure for an Enlargement of Time from March 31, 2004 to April 30, 2004 to complete discovery and that all other deadlines be rescheduled accordingly.

This enlargement is required in order for the respective parties to adequately prepare to take and properly hold oral depositions and pending written discovery. The parties have a diligent effort to schedule depositions but due to scheduling conflicts and circumstances beyond the parties' control, the parties will be unable to complete previously noticed depositions by the current discovery deadline, March 31, 2004.

This the third joint request for an enlargement of the discovery period. Counsel for the Plaintiff has contacted Counsel for the Defendant, Warren Holcomb, Esq. who joins in this Enlargement of Time to Conduct Discovery.

THE PLAINTIFF
GLADYS ZVOVUSHE

March 16, 2004. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.