UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN -8 A 10: 47
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| GLADYS ZVOVUSHE | : | CIVIL CASE NO. |
|     Plaintiff | : | |
| | : | 3:02CV02121 (AVC) |
| v. | : | |
| | : | |
| BRIDGEPORT HEALTH CARE CENTER, INC. | : | June 4, 2004 |
|     Defendant | : | |

## STIPULATION OF WITHDRAWAL AFTER SETTLEMENT WITH PREJUDICE

Plaintiff, Gladys Zvovushe by and through her attorney stipulates to the withdrawal of the above captioned action with prejudice and without costs to either party as a result of and part of the settlement of this matter.

THE PLAINTIFF
GLADYS ZVOVUSHE

By:_____
Eugene N. Axelrod, Esq.
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge CT 06525
Tel: (203) 389-6526
Fax: (203) 389-2656
Fed. Bar No. ct 00309

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this 4th day of June 2004 via first class mail, postage pre-paid to the following counsel of record.

Warren L. Holcomb, Esq.
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford CT 06460

_____
Eugene N. Axelrod