44

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| GLADYS ZVOVUSHE | : | CIVIL CASE NO. |
| --- | --- | --- |
| Plaintiff | : | |
| | : | 3:02CV02121 (AVC) |
| v. | : | |
| | : | |
| BRIDGEPORT HEALTH CARE | : | June 4, 2004 |
| CENTER, INC. | : | |
| Defendant | : | |

2004 JUN -8 A 10: 47

U.S. DISTRICT COURT
HARTFORD, CT.

## STIPULATION OF WITHDRAWAL AFTER SETTLEMENT WITH PREJUDICE

Plaintiff, Gladys Zvovushe by and through her attorney stipulates to the withdrawal of the above captioned action with prejudice and without costs to either party as a result of and part of the settlement of this matter.

THE PLAINTIFF
GLADYS ZVOVUSHE

By:_____
Eugene N. Axelrod, Esq.
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge CT 06525
Tel: (203) 389-6526
Fax: (203) 389-2656
Fed. Bar No. ct 00309

June 14, 2004.  SO ORDERED.

Covello, U.S.D.J.

FILED 2004 JUN 14 P 2: 26
U.S. DISTRICT COURT
HARTFORD, CT.